IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAMELA N. POGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:21-CV-505-SMD |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC. and EQUIFAX INFORMATION ) | |
| SERVICES, LLC, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

COME NOW plaintiff Pamela N. Pogue ("Plaintiff") and defendant Experian Information Solutions, Inc. ("Experian"), by and through their undersigned counsel, and hereby stipulate to dismiss, with prejudice, each claim and count asserted by Plaintiff against Experian in the above-styled action, with each party to bear its own attorney's fees, costs and expenses. This joint stipulation of dismissal does not affect Plaintiff's claims against any other defendant.

Respectfully submitted this 16th day of February 2022.

| | |
|---|---|
| /s/ Anthony B. Bush | /s/ L. Jackson Young, Jr. |
| Anthony B. Bush | L. Jackson Young, Jr. |
| The Bush Law Firm, LLC | Christian & Small LLP |
| Parliament Place Professional Center | 505 North 20th Street |
| 3198 Parliament Circle 302s | Suite 1800 |
| Montgomery, AL 36116 | Birmingham, Alabama 35203-2696 |
| Phone: (334) 263-7733 | Phone: 205.795.6588 |
| Email: abush@bushlegalfirm.com | Fax: 205.328.7234 |
| | Email: LJYoung@csattorneys.com |
| Attorney for Plaintiff | |
| PAMELA N. POGUE | Attorney for Defendant |
| | EXPERIAN INFORMATION SOLUTIONS, INC. |

46950823 v1

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has been served on the following by through CM/ECF Notice of Electronic Filing, on this the 16th day of February 2022:

Brittany Wiegand
Jones Day
77 West Wacker
Chicago, IL 60601
Office +1.312.269.4307
Mobile +1.224.388.0656
Fax  +1.312.782.8585
Email: bwiegand@jonesday.com

L. Jackson Young, Jr.
Christian & Small LLP
505 North 20th Street
Suite 1800
Birmingham, Alabama 35203-2696
Phone: 205.795.6588
Fax: 205.328.7234

            /s/ Anthony B. Bush
            Anthony B. Bush