IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAMELA N. POGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-00505-RAH-SMD |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, *et al.*, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Based upon the Joint Stipulation of Dismissal with Prejudice as to Experian Information Solutions, Inc. (Doc. 38), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against Experian Information Solutions, Inc. are dismissed with prejudice on the terms agreed to by Plaintiff and Experian Information Solutions, Inc.

The Plaintiff's claim against Equifax Information Services, LLC remains pending.

DONE, on this the 17th day of February 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE