IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAMELA N. POGUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:21-cv-00505-RAH-SMD |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Based upon the Joint Stipulation of Dismissal with Prejudice as to Equifax Information Services, LLC (Doc. 40), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against Equifax Information Services, LLC are dismissed with prejudice on the terms agreed to by Plaintiff and Equifax Information Services, LLC. The Clerk of Court is DIRECTED to close the case.

DONE, on this the 15th day of March 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE